SCWC-29581

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

DARIA BRUCE,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29581; CR. NO. 06-1-0018)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack JJ.)

Petitioner/Defendant-Appellant Daria Bruce's

application for writ of certiorari, filed December 28, 2012, is

hereby rejected.

DATED:  Honolulu, Hawai'i, January 24, 2013.

/s/ Mark E. Recktenwald

Michael Jay Green
for the petitioner                      /s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

Tracy Murakami
for the respondent                      /s/ Sabrina S. McKenna

/s/ Richard W. Pollack

